# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CHRISTINA A. WALKER                                            PLAINTIFF

v.                  4:18cv00856-SWW-JJV

ANDREW SAUL, Commissioner,
Social Security Administration,                             DEFENDANT

## **ORDER**

The Court has received Proposed Findings and Recommendations (RD) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the decision of the Commissioner is reversed and remanded for action consistent with the RD in this case.

IT IS SO ORDERED this 2nd day of August 2019.

                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE