IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTINA A. WALKER                                                                                   PLAINTIFF

v.                          4:18cv00856-SWW-JJV

ANDREW SAUL, Commissioner,
Social Security Administration,                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 2nd day of August 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE